**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6541**

STEVEN L. SAUNDERS,

                   Petitioner - Appellant,

          v.

DIRECTOR OF THE DEPARTMENT OF CORRECTIONS,

                   Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, Senior District Judge.  (1:09-cv-01204-TSE-IDD)

Submitted:  September 28, 2010        Decided:  October 5, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Remanded by unpublished per curiam opinion.

Steven L. Saunders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Saunders appeals the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition for a writ of habeas corpus. While his appeal was pending before the court, the presiding district judge in Saunders's habeas proceeding filed a "Memorandum of Intent" indicating to the court that Saunders had sent a letter to the judge pointing out that the district judge had failed to rule on one of Saunders's habeas claims. The memorandum indicated that Saunders was correct and the court had in fact failed to fully dispose of Saunders's claims, and that the letter would be treated as a motion for reconsideration. The memorandum advised Saunders to file in this court a motion for a limited remand for the purposes of granting the district court jurisdiction to consider the motion for reconsideration. The district judge has indicated that the motion for reconsideration would be well-taken.

Saunders has made such a motion, and for the reasons set forth in the district judge's memorandum, we grant the motion for a remand, and remand the case to the district court to consider Saunders's motion for reconsideration.

REMANDED

2